## THOMAS ATTIX v. CHELSIAS GREENFIELD.

Supreme Court. Kent. October, 1815.

*Clayton's Notebook, 56.*

JOHNS, C. J. It has been determined that in such cases a writ of *certiorari* may be directed to the personal representatives of the deceased justice of the peace commanding them to send up the records of the proceedings before the justice. Let that be done in this case.

NOTE. See *Lanquit v. Jones,* 1 Str. 87, in which case a rule was granted on the executor of a bishop to return a *fieri facias de bonis ecclesiasticis* of Jones, the defendant.